USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, KERSTI FERGUSON AND AUDRA CHRISTIANSEN,

Plaintiffs,

-against-

FREDERIC FEKKAI, FREDERIC FEKKAI & CO, L.L.C, and PATRICK COOMBS,

Defendants.

26 Civ. 7655 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 8, 2026, Defendants removed this action to the Southern District of New York. *See* ECF No. 1. On September 9, 2026, Jordan Merson, on behalf of Plaintiffs, filed a Notice of Voluntary Dismissal seeking to dismiss Defendant Patrick Coombs from this action. *See* ECF No. 14. Then, on September 11, 2026, Merson filed a response to Defendants' motion for attorneys' fees. *See* ECF No. 15. Merson has yet to enter an appearance. By **September 16, 2026**, he shall do so.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge