UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOE 1 et al.,
Plaintiffs,

-against-

FEKKAI et al.,
Defendants.

26-cv-07655 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on September 22, 2026, Defendants may make a supplemental filing on the docket by **September 25, 2026** in connection with their application under Rule 41(d) and indicating their position of Plaintiffs' notice of dismissal. Plaintiffs may file a response on the docket by **September 30, 2026**.

DATED: September 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**